In the Matter of JOHN NORTH, Appellant, v YVONNE THOMPSON, Respondent. [741 NYS2d 768] —Appeal from an order of Family Court, Chautauqua County (Cass, J.H.O.), entered March 1, 2001, which permitted petitioner to have supervised visitation with the parties' child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Chautauqua County, Cass, J.H.O. Present—Pine, J.P., Hurlbutt, Burns, Gorski and Lawton, JJ.